**No. 10-5840. Dontae L. Polk, Petitioner v. Kansas.**

562 U.S. 968, 131 S. Ct. 471, 178 L. Ed. 2d 300, 2010 U.S. LEXIS 8115.

October 12, 2010. Petition for writ of certiorari to the Court of Appeals of Kansas denied.

Same case below, 210 P.3d 137.

**No. 10-5846. Courtney C. Dixie, Petitioner v. Bill K. Wilson, Superintendent, Indiana State Prison.**

562 U.S. 968, 131 S. Ct. 471, 178 L. Ed. 2d 300, 2010 U.S. LEXIS 7973.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-5847. Richard Rowell, Petitioner v. Ruben A. Martino, et al.**

562 U.S. 968, 131 S. Ct. 471, 178 L. Ed. 2d 300, 2010 U.S. LEXIS 8091,

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-5853. Nella Manko, Petitioner v. Dana Mannor, et al.**

562 U.S. 968, 131 S. Ct. 472, 178 L. Ed. 2d 300, 2010 U.S. LEXIS 8036.

October 12, 2010. Petition for writ of certiorari to the Court of Appeals of New York denied.

Same case below, 14 N.Y.3d 880, 903 N.Y.S.2d 336, 929 N.E.2d 398.

**No. 10-5854. Jack Jervis, Petitioner v. Indiana.**

562 U.S. 968, 131 S. Ct. 472, 178 L. Ed. 2d 300, 2010 U.S. LEXIS 8112.

October 12, 2010. Petition for writ of certiorari to the Court of Appeals of Indiana, Fourth District, denied.

Same case below, 916 N.E.2d 969.

**No. 10-5855. Marie P., Petitioner v. Sacramento County Department of Health and Human Services.**

562 U.S. 968, 131 S. Ct. 472, 178 L. Ed. 2d 300, 2010 U.S. LEXIS 8113.

October 12, 2010. Petition for writ of certiorari to the Court of Appeal of California, Third Appellate District, denied.

**No. 10-5856. Patricia Buchanan, Petitioner v. Illinois.**

562 U.S. 968, 131 S. Ct. 472, 178 L. Ed. 2d 300, 2010 U.S. LEXIS 7972.

October 12, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 395 Ill. App. 3d 1113, 369 Ill. Dec. 491, 986 N.E.2d 804.